UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GREGORY JOHNSON**                                                         **CIVIL ACTION**

**versus**                                                                             **NO. 07-3783**

**JEFFERY E. TRAVIS, WARDEN**                                     **SECTION: "S" (3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection (Rec. Doc. 15) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the motion for summary judgment is **GRANTED** and that the petition for federal *habeas corpus* relief filed by **Gregory Johnson** is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this   3rd   day of        October       , 2007.

UNITED STATES DISTRICT JUDGE